**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| In re | ) Chapter 7 |
| DANIA CARIDAD YARRUHS | ) |
|   Debtor | ) Case No.: 20-18364-RAM |
|  | ) |
|  | ) BANKRUPTCY JUDGE |
|  | ) HONORABLE ROBERT A. MARK |

**CITIZENS PROPERTY INSURANCE CORPORATION'S MOTION FOR RELIEF
FROM AUTOMATIC STAY**

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

CITIZENS PROPERTY INSURANCE CORPORATION ("CITIZENS"), through its undersigned attorneys hereby moves this Honorable Court for an entry of an order granting CITIZENS relief from the automatic stay and states as follows:

1. This is a Motion to obtain an order granting relief from the automatic stay under 11 U.S.C. §§ 361 and 362.

2. On August 16, 2018 Laurencio & Associates, LLC a/a/o Dania Yarruhs ("Laurencio") served CITIZENS with a lawsuit alleging breach of contract for failure to pay insurance proceeds subject to an assignment of benefits. (See complaint attached hereto as Exhibit "A").

3. On March 13, 2020 Summary Judgment was granted in favor of CITIZENS. (See Order Granting Summary Judgment dated March 13, 2020).

4. On March 30, 2020 CITIZENS filed a Motion for Entitlement to Attorney's Fees and Taxable Costs. (See Motion for Entitlement to Attorney's Fees and Taxable Costs attached hereto as Exhibit C).

5. CITIZENS is not seeking to take any action to liquidate or collect a claim against the Filing Debtor. CITIZENS is just seeking to recover its Attorney's Fees and Taxable Costs against Laurencio for having prevailed on its Motion for Final Summary Judgment.

6. Sufficient cause exists under 11 U.S.C. §362(d)(1), to terminate the automatic stay due to CITIZENS not seeking to take any action to liquidate or collect a claim against the Filing Debtor.

7. The Proposed Order for Relief from the Automatic Stay is attached hereto as Exhibit D.

8. CITIZENS requests that this Honorable Court grant the Motion for Relief from the Automatic Stay.

WHEREFORE, CITIZENS PROPERTY INSURANCE CORPOATION respectfully requests that this Honorable Court:

(a) Grant CITIZENS PROPERTY INSURANCE CORPOATION's Motion;

(b) Terminate the automatic stay imposed under 11 U.S.C. §362;

(c) Order any other relief that this Court may deem just and proper.

Respectfully submitted

**KELLEY KRONENBERG**

*/s/Kevin Sellar*
Kevin Sellar, Esq.
Fla Bar No. 123926
ksellar@kelleykronenberg.com
1475 Centrepark Boulevard
Suite 275
West Palm Beach, FL  33401
Telephone: (561) 684-5956

Facsimile:  (561) 684-5753
Attorneys for Citizens Property Insurance
Corporation

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of this Motion For Relief From Automatic Stay, Exhibits A, B, and C were furnished by electronic or U.S. Mail to Kevin C Gleason of Florida Bankruptcy Group, LLC attorney for Debtor Dania Yarruhs kgpaecmf@aol.com, Trustee Ross R. Hartog trustee@mrthlaw.com and Joseph Padilla, Esq., eservice@insurancelawyers.org, ARNESEN WEBB, PA, 197 South Federal Highway, Ste. 300, Boca Raton, FL 33432, (561) 757-6000/(877) 241-2411 (F), Attorney for Laurencio & Associates, LLC on this 29th day of September 2020.

**KELLEY KRONENBERG**

/s/ *Kevin Sellar*

**Kevin Sellar, Esq**.
Fla. Bar No.:  123926
ksellar@kelleykronenberg.com
1475 Centrepark Boulevard
Suite 275
West Palm Beach, FL  33401
Telephone: (561) 684-5956
Facsimile:  (561) 684-5753
Attorneys for Citizens Property Insurance
Corporation
Address for service of pleadings only:
JDHeservice@kelleykronenberg.com

# EXHIBIT "A"



CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

*18-000193074*

---

LAURENCIO & ASSOCIATES, LLC (A/A/O DANIA YARRUHS)

PLAINTIFF(S)

VS.

CITIZENS PROPERTY INSURANCE CORPORATION

DEFENDANT(S)

_____/

**CASE #:**    **2018CA026646**
**COURT:**    **CIRCUIT COURT**
**COUNTY:**    **MIAMI-DADE**
**DFS-SOP #:** **18-000193074**

SUMMONS, COMPLAINT, DISCOVERY, DOCUMENT REQUESTING THE DEPOSITION OF THE DEFENDANT'S CORPORATE REPRESENTATIVE.

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, August 13, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, August 16, 2018 to the designated agent for the named entity as shown below.

       CITIZENS PROPERTY INSURANCE CORPORATION
       ALLISON BEGLEY
       301 W. BAY STREET
       JACKSONVILLE, FL 32202

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule  #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

JAY ARNESEN
ARNESEN WEBB, P.A.
900 N. FEDERAL HWY.
STE 280
BOCA RATON, FL 33432

CF1

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2018-026646-CA-01

LAURENCIO & ASSOCIATES, LLC

(a/a/o Dania Yarruhs),

      Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE
CORPORATION,

      Defendant.

_____

**SUMMONS**

**THE STATE OF FLORIDA**

To the Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, Request to Produce and Interrogatories, in this action on the Defendant:

**CITIZENS PROPERTY INSURANCE CORPORATION**

DEFENDANT TO BE SERVED CARE OF:

**CHIEF FINANCIAL OFFICER as RA
200 E. GAINES STREET
TALLAHASSEE FL 32399**

      Each Defendant is required to serve written defenses to the Complaint on the

Plaintiff's attorney, **PARIS R. WEBB,** ARNESEN WEBB, P.A., located at 197 South

Federal Highway, Suite 300, Boca Raton, FL 33432, within twenty (20) days after service

of this Summons on the Defendant, exclusive of the day of service, and to file the original

of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or

RECEIVED AS STATUTORY REGISTERED AGENT
on 13 August, 2018 and served on defendant or named party on 16 August, 2018
by the Florida Department of Financial Services

immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

**DATED** this _____ day of ____8/9/2018____, 2018.

**HARVEY RUVIN**
As Clerk of said Court

BY: _____ 36565
        As Deputy Clerk

**ARNESEN WEBB, P.A.**
Attorneys for Plaintiff
197 South Federal Highway, Ste. 300
Boca Raton, FL  33432
Telephone:    (561)-757-6000
Facsimile:     (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By_____/s/ Paris R. Webb_____
        **PARIS R. WEBB**
        Florida Bar No.: 713074

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

LAURENCIO & ASSOCIATES, LLC
(a/a/o Dania Yarruhs),

        Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE
CORPORATION,

        Defendant.
_____

## COMPLAINT
_____

      Plaintiff, LAURENCIO & ASSOCIATES, LLC, by and through undersigned counsel, sues the Defendant, CITIZENS PROPERTY INSURANCE CORPORATION, (hereinafter "Defendant"), and alleges:

      1.      This is an action for damages in excess of $15,000.00, exclusive of court costs, attorney's fees, and interest, and therefore within the jurisdiction of this Court.

      2.      At all material times, Plaintiff, LAURENCIO & ASSOCIATES, LLC, (hereinafter "Plaintiff"), is or was a corporation organized and existing under the laws of the State of Florida with its principal place of business in Miami-Dade County, Florida, and does business in Miami-Dade County, Florida. Plaintiff is an assignee of Dania Yarruhs (hereinafter the "Assignor").

      3.      At all material times, Defendant is a Florida company fully licensed to transact insurance in the State of Florida and maintains agents and/or other representatives for the transaction of its customary business in Miami-Dade County, Florida.

      4.      At all material times, Defendant issued a policy of insurance which inured to the benefit of the Assignor identified as policy number 00076789 (hereinafter the "Policy").

The Policy provided property insurance for the Assignor's property located at 15449 SW 138th Place, Miami, Florida 33177. A complete copy of the Policy is presently unavailable to the Plaintiff, but should be in the possession of the Defendant herein and will be obtained through discovery.

5.      On or about September 10, 2017, the Assignor suffered substantial damages to her property caused by Hurricane Irma.

6.      Plaintiff provided emergency water remediation services and other necessary services for the Assignor to mitigate the damages sustained in the subject loss and to prevent further damage.

7.      The Policy was in full force and effect on the date of the subject loss.

8.      The Policy provides insurance coverage for all of the losses, damages and expenses that Assignor has suffered and incurred with regard to the subject loss, including Plaintiff's fees and charges for its water remediation services.

9.      Assignor has either actually or equitably assigned the insurance benefits which she is entitled to under the Policy to Plaintiff, by writing, parol, or other course of conduct. Hence, the Plaintiff now stands in the position of Assignor. A copy of an assignment executed and/or agreed to and/or accepted by the Assignor is attached hereto and marked as Plaintiff's Exhibit "A".

10.     Defendant was provided with prompt and timely notice of Plaintiff's claim under the Policy and was promptly and timely provided with documentation of Plaintiff's charges and amounts owed.

11.     Defendant acknowledged Plaintiff's claim and assigned claim number 001-00-112810.

12.     All terms and conditions of the Policy and all conditions precedent to the bringing of the instant action have been performed, waived or excused.

13.    To date, the Defendant has breached the Policy by refusing to pay Plaintiff for covered losses in the amount of $31,425.09.

14.    Because of Defendant's breach of contract by refusal to pay said covered losses, it has become necessary for the Plaintiff to retain the services of the undersigned attorney, and has agreed to pay a reasonable fee for said services, plus necessary costs.

15.    Pursuant to Chapter 627.428, Florida Statutes, Plaintiff is entitled to recover its attorney's fees.

WHEREFORE, Plaintiff, LAURENCIO & ASSOCIATES, LLC, demands that judgment be entered against the Defendant, for damages of all covered losses, interest on any and all overdue payments, attorney's fees, costs, and any other remedy the court deems necessary and proper and demands trial by jury of all issues triable as of right by a jury.

**ARNESEN WEBB, P.A.**
Attorneys for Plaintiff
197 S. Federal Highway, Ste. 300
Boca Raton, FL  33432
Telephone:   (561)-757-6000
Facsimile:    (877)-241-2411
paris@insurancelawyers.org
eservice@insurancelawyers.org

By_____*/s/ Paris R. Webb*_____
      **PARIS R. WEBB**
      Florida Bar No.: 713074

# Laurencio & Associates, LLC.

### SERVICE AGREEMENT, ASSIGNEMENT OF BENEFITS AND HOLD HARMLESS AGREEMENT

**Agreement:** I authorize and agree to pay Laurencio & Associates LLC. (herein after sometimes referred to as "Laurencio & Associates LLC.") to provide services, and otherwise enter my property, furnish materials, supply all equipment, and perform all labor necessary to preserve, protect, and improve my property.

**Assignment of Benefits:** I hereby assign any and all insurance rights, benefits, and proceeds under any applicable insurance policies to Laurencio & Associates LLC. for services rendered. I have also identified my insurance information to the best of my ability below. I also hereby authorize direct payment of any benefits or proceeds to Laurencio & Associates LLC. I make this assignment in consideration of Laurencio & Associates LLC.'s agreement to perform services and supply materials and otherwise perform its obligations under this contract, including not requiring full payment at the time of service.

INSURANCE CARRIER: ~~DANIA YARRUHS~~ CITIZENS

ADDRESS OF LOSS: 15449 SW 138 PL MIAMI, FL 33177

DATE OF LOSS: 9/10/17 HURRICANE IRMA

POLICY AND/OR CLAIM #: Policy# 00096789 / claim# 001-00-112810

I agree that any portion of work requested or authorized by the undersigned which is not covered by insurance must be paid by the undersigned on or before its completion. I hereby appoint Laurencio & Associates LLC. as attorney in-fact, authorizing Laurencio & Associates to endorse my name, and to deposit insurance checks or drafts for Laurencio & Associates LLC. Payment terms to Laurencio & Associates LLC. are net-30 days. Late charges of 1.5% monthly are charged to any and all unpaid balances. Laurencio & Associates LLC shall be entitled to reimbursement for costs of collection (including reasonable attorney's fees and costs) of unpaid amounts by Owner/Agent and for reasonable attorney's fees and costs for the breach, or enforcement of any terms of this entire service agreement.

**Authorized Antimicrobial Agents:** I understand that in the best judgment of Laurencio & Associates LLC., materials may be treated with a commercial antimicrobial agent to inhibit the growth of micro-organisms during and after the remediation process. I have received advanced notice of the use of antimicrobial products as part of the remediation process. I understand it is beyond the expertise of Laurencio & Associates LLC. to determine if individuals are sensitive to its application and will hold Laurencio & Associates LLC. harmless for its use.

**Stop Work-Hold Harmless:** In the event Laurencio & Associates is not allowed to perform its recommended procedures and/or its equipment is removed prematurely, I agree to release and hold Laurencio & Associates LLC. harmless and indemnify Laurencio & Associates LLC. against all claims or actions that may result from such removal.

*I have read and understand the information above and have received a copy for my records. This contract is intended to be legally binding and contains all of the terms between the parties.*

Homeowner's Signature _____ Date: 9/19/17

Print Homeowner's Name DANIA YARRUHS

Laurencio & Associates LLC. Signature _____ Date: 9/19/17

Water Damage Restoration     981 Hillcrest Ct #302, Hollywood FL 33021     786-355-6859

EXHIBIT A

# EXHIBIT "B"

**IN THE CIRCUIT COURT OF THE**
**11TH JUDICIAL CIRCUIT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

**CIRCUIT CIVIL DIVISION**
CASE NO: 2018 - CA - 02646-01
Laurencio & Associates, LLC
alalo Dania Yarruhs,

Plaintiff(s),

vs.

Citizens Property Insurance
Corporation,

Defendant(s),

_____/

**ORDER**
~~**GRANTING**~~/**DENYING**
**PLAINTIFF'S**/~~**DEFENDANT'S**~~
Motion for Final
Summary Judgment

**THIS CAUSE** having come on to be heard on ___March 13, 2020___
on ~~Plaintiff's~~/~~Defendant's~~ Motion

Motion for Final Summary Judgment

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby

Granted.

_____

_____

_____

_____

_____

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this_____

day of

_____, _____.

*Conformed Copy*

*MAR 13 '20*

_____
**CIRCUIT COURT JUDGE**    JOSE M. RODRIGUEZ
                          Circuit Judge

Copies furnished to: Counsel of Record

117_01-554   3/11

# EXHIBIT "C"

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MAIMI-DADE COUNTY, FLORIDA

Case No.:  2018-026646-CA-01

LAURENCIO & ASSOCIATES, LLC a/a/o
DANIA YARRUHS,

      Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE
CORPORATION,

      Defendant.

_____/

## DEFENDANT'S MOTION FOR ENTITLEMENT TO ATTORNEY FEES AND TAXABLE COSTS

**COMES NOW**, the Defendant, CITIZENS PROPERTY INSURANCE CORPORATION ("CITIZENS"), by and through undersigned counsel, and pursuant to Fla. R. Civ. P. 1.525 and Fla. Stat. §768.79(6), hereby moves for entitlement to the recovery of its reasonable attorney fees and costs as the prevailing party against the Plaintiff, LAURENCIO & ASSOCIATES, LLC A/A/O DANIA YARRUHS ("Plaintiff"), and in support would state as follows:

1.      On March 13, 2020, counsel for the parties attended a special-set hearing and presented oral arguments before this Honorable Court on CITIZENS' *Motion for Final Summary Judgment*.

2.      On March 13, 2020, the Court issued an Order granting CITIZENS' *Motion for Final Summary Judgment* and entered judgment in favor of CITIZENS and against the Plaintiff. *See* a true and correct copy of said Order attached as **Exhibit A**.

**KELLEY KRONENBERG**
1475 CENTREPARK BLVD - SUITE 275 - WEST PALM BEACH, FLORIDA 33401 - (561) 684-5956 - (561) 684-5753 FAX

CASE NO.: 2018-026646-CA-01

3.      On February  26, 2019, CITIZENS served a *Proposal for Settlement* to counsel for the Plaintiff, LAURENCIO & ASSOCIATES, LLC A/A/O DANIA YARRUHS, and filed a *Notice of Service* of same pursuant to Fla. Stat. §768.79 and Fla. R. Civ. P. 1.442, true and correct copies of which are collectively attached hereto as **Exhibit B**.

4.      CITIZENS' *Proposal for Settlement* to Plaintiff complies with Fla. R. C. P. 1.442 in its entirety and was made in good faith.

5.      Plaintiff did not accept CITIZENS' *Proposal for Settlement* within thirty (30) days and thus Defendant's offer to settle was rejected by Plaintiff pursuant to Florida law. *See*, Fla. R. Civ. P. 1.442(f)(1); Fla. Stat. §768.79(1) & (4).

6.      Section 768.79(1) of the Florida Statutes states in pertinent part that:

> In any civil action for damages filed in the courts of this state, if a defendant files an offer of judgment which is not accepted by the plaintiff within 30 days, the defendant shall be entitled to recover reasonable costs and attorney's fees incurred by her or him ... from the date of filing of the offer if the judgment is one of no liability.

7.      Since February 26, 2019, the undersigned counsel for CITIZENS has billed, and CITIZENS has incurred, significant attorney fees and costs for reasonable and necessary legal services rendered on behalf of CITIZENS in defending against the Plaintiff's claims asserted in this action and expended on obtaining a final judgment in CITIZENS' favor in this litigation.

8.      Accordingly, CITIZENS respectfully moves the Honorable Court for an Order awarding CITIZENS entitlement to the recovery of its reasonable attorney's fees and taxable costs incurred from the date of CITIZENS' *Proposal for Settlement,* February 26, 2019 (*see* **Exhibit B**), through the date of the Court's Order entered on this Motion for CITIZENS' entitlement to recover reasonable attorney's fees and costs from Plaintiff.

CASE NO.:  2018-026646-CA-01

**WHEREFORE**, CITIZENS respectfully moves this Honorable Court for an Order awarding CITIZENS entitlement to the recovery of reasonable attorney's fees and taxable costs from and against the Plaintiff, LAURENCIO & ASSOCIATES, LLC A/A/O DANIA YARRUHS, with the Court reserving jurisdiction to determine the amount of attorney's fees and costs to which CITIZENS is properly entitled as the prevailing party in this litigation, and grant any other relief the Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of March, 2020, this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel and pro se parties of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516. The mailing and electronic addresses are: Joseph Padilla, Esq., eservice@insurancelawyers.org, ARNESEN WEBB, PA, 197 South Federal Highway, Ste. 300, Boca Raton, FL 33432, (561) 757-6000/(877) 241-2411 (F), Attorney for Plaintiff, Laurencio & Associates, LLC.

**KELLEY KRONENBERG**

/s/ *Melissa A Usher*

**Melissa A Usher, Esq.**
Fla. Bar No.:  1010469
musher@kelleykronenberg.com
**Kevin Sellar, Esq**.
Fla. Bar No.:  123926
ksellar@kelleykronenberg.com
1475 Centrepark Boulevard
Suite 275
West Palm Beach, FL  33401
Telephone: (561) 684-5956
Facsimile:  (561) 684-5753
Attorneys for Citizens Property Insurance Corporation
Address for service of pleadings only:
JDHeservice@kelleykronenberg.com

# Exhibit A

**IN THE CIRCUIT COURT OF THE**
**11TH JUDICIAL CIRCUIT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

**CIRCUIT CIVIL DIVISION**
**CASE NO:** 2018-CA-026646-01

Laurencio & Associates, LLC
Alalo Dania Yarruhs,

                    **Plaintiff(s),**

        **vs.**

Citizens Property Insurance
Corporation,

                    **Defendant(s),**

                              **ORDER**
                 **GRANTING/DENYING**
    **PLAINTIFF'S/DEFENDANT'S**
        Motion for Final
          Summary Judgment

_____/

           **THIS CAUSE** having come on to be heard on ____March 13, 2020____
on Plaintiff's/Defendant's Motion

_____Motion for Final Summary Judgment_____

and the Court having heard arguments of counsel, and being otherwise advised in the premises, it is hereupon

         **ORDERED AND ADJUDGED** that said Motion be, and the same is hereby

_____Granted,_____

FILED FOR RECORD
CIVIL DIVISION #111
2020 MAR 13 AM 10: 53
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FL

      **DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this_____

day of

      MAR 1 3 2020

_____, _____.

ORIGINAL

**CIRCUIT COURT JUDGE**    JUDGE JOSE M. RODRIGUEZ

Copies furnished to: Counsel of Record

117_01-554  3/11

# Exhibit B

## Jake Huxtable

**From:** Jake Huxtable
**Sent:** Tuesday, February 26, 2019 3:16 PM
**To:** 'eservice@insurancelawyers.org'; 'jay arnesen'; 'paris@insurancelawyers.org'
**Cc:** Tamara Gray; Amanda Martinez
**Subject:** SERVICE OF COURT DOCUMENT CASE NUMBER 132018CA026646000001 LAURENCIO & ASSOCIATES LLC  vs CITIZENS PROPERTY INSURANCE CORPORATION
**Attachments:** Notice Of Serving Proposal For Settlement.pdf; DEF PFS to PL (served 2-26-19).pdf

| Court: | In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida |
|---|---|
| **Case Number:** | 2018-026646-CA-01 |
| **Case Name:** | LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS) vs. CITIZENS PROPERTY INSURANCE CORPORATION |
| **Document(s) served:** | **DEFENDANT'S PROPOSAL FOR SETTLEMENT TO PLAINTIFF** |
| **Sender:** | Jake Huxtable, Esquire |
| **Per Judicial Rule of Administrative Procedure 2.516, this will be the only service upon you of this document. You will not receive a paper copy.** ||

**Jake D. Huxtable, Esquire**
*Shareholder*
1550 Southern Boulevard, Suite 300
West Palm Beach, FL  33406
Phone:  561-686-5005
Fax:  561-471-5603
Website: https://petersonbernard.com/attorneys/jake-d-huxtable/
Email: jake.huxtable@petersonbernard.com



CONFIDENTIALITY NOTICE:  This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  Thank you.

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2018-026646-CA-01

LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS),

     Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORPORATION,

     Defendant.

_____/

## NOTICE OF SERVING PROPOSAL FOR SETTLEMENT TO PLAINTIFF

     Pursuant to Fla. Stat. §768.79 and Fla. R. Civ. P. 1.442, please take notice that the undersigned counsel for Defendant, CITIZENS PROPERTY INSURANCE CORPORATION, has served upon the attorney(s) of record for the Plaintiff, LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS), a Proposal for Settlement on February 26, 2019.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 26th day of February, 2019, a true and correct copy of the foregoing was filed with the Clerk of Miami-Dade County by using the Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: **Paris R. Webb, Esq.** and **Jay Arnesen, Esq.**, ARNESEN WEBB, P.A., 197 South Federal Highway, Suite 300, Boca Raton, Florida 33432; paris@insurancelawyers.org; eservice@insurancelawyers.org; jay@insurancelawyers.org; *Counsel for Plaintiff*.

**PETERSON BERNARD**
*Counsel for Defendant*
1550 Southern Blvd., Suite 300
West Palm Beach, Florida 33406
Telephone (561) 686-5005
Facsimile (561) 471-5603
Service e-mail: jake.huxtable@petersonbernard.com
Secondary e-mail: tamara.gray@petersonbernard.com

**By:** */s/ Jake D. Huxtable*
    JAKE D. HUXTABLE, ESQ.
    Florida Bar No.: 124137

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2018-026646-CA-01

LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS),

      Plaintiff,

vs.

CITIZENS PROPERTY INSURANCE CORPORATION,

      Defendant.

_____/

## DEFENDANT'S PROPOSAL FOR SETTLEMENT TO PLAINTIFF

**COMES NOW**, the Defendant, CITIZENS PROPERTY INSURANCE CORPORATION, by and through its undersigned attorneys, and hereby serves the following Proposal for Settlement upon the Plaintiff, LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS):

1.     This Proposal is made pursuant to Rule 1.442 of the Florida Rules of Civil Procedure, and pursuant to applicable Florida Law, Florida Statute Section 768.79.

2.     This Proposal is being made by Defendant, CITIZENS PROPERTY INSURANCE CORPORATION, and is directed to the Plaintiff, LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS).

3.     This Proposal is made to resolve any and all claims or damages whether known or unknown, disclosed or manifested presently or in the future asserted or which could be asserted by the Plaintiff, LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS), arising out of the cause of action which is the subject matter of Case No. 2018-026646-CA-01 pending in the Circuit Court in and for Miami-Dade County, Florida.

CASE NO.: 2018-026646-CA-01

4.     The total amount of this Proposal for Settlement is ELEVEN THOUSAND dollars 00/100 ($11,000.00), inclusive of attorney's fees and costs, and is made in the alternative to, and not in addition to any other offer previously or hereinafter made by the Defendant.

5.     The relevant conditions of this Proposal are that this offer is to be construed as including any and all damages that may be awarded in a final judgment with each party to bearing its own attorney's fees and costs, and Plaintiff agreeing to file a dismissal with prejudice and executing a full and final release.  A copy of the proposed Settlement Agreement and General Release is attached hereto.

6.     This Proposal is made in an effort to resolve the case and avoid future costs and fees.  If there are any questions about any of the above terms, Plaintiff's counsel is encouraged to submit any questions, in writing, to the undersigned; an attempt to answer your questions will be made whenever possible.

7.     Plaintiff is invited to serve written notice of acceptance within thirty (30) days of service hereof, whereupon, if accepted, the clerk shall forthwith enter judgment.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of February, 2019, a true and correct copy of the foregoing was e-served to the following parties: **Paris R. Webb, Esq.** and **Jay Arnesen, Esq.**, Arnesen Webb, P.A., 197 South Federal Highway, Suite 300, Boca Raton, Florida 33432; paris@insurancelawyers.org; eservice@insurancelawyers.org; jay@insurancelawyers.org; *Counsel for Plaintiff*.

**PETERSON BERNARD**
*Counsel for Defendant*
1550 Southern Blvd., Suite 300
West Palm Beach, Florida 33406
Telephone (561) 686-5005
Facsimile (561) 471-5603
Service e-mail: jake.huxtable@petersonbernard.com
Secondary e-mail: tamara.gray@petersonbernard.com

**By: */s/ Jake D. Huxtable***
    JAKE D. HUXTABLE, ESQ.
    Florida Bar No.: 124137

CASE NO.: 2018-026646-CA-01

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

FOR AND IN CONSIDERATION of the sum of **ELEVEN THOUSAND** dollars 0/100 ($11,000.00), the receipt and sufficiency of which is hereby acknowledged, the undersigned, LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS), who is the Plaintiff in Case Number 2018-026646-CA-01 pending in Miami-Dade County, Florida, and their heirs, agents, estates, servants, successors, administrators and assigns (hereinafter "RELEASORS"), hereby release, remise, acquit, satisfy, and forever discharge CITIZENS PROPERTY INSURANCE CORPORATION, as well as, any and all of its agents, estates, heirs, executors, successors in interest, assigns, predecessors, parent companies, suborders, subsidiaries, entities, business units, affiliates, owners, directors, members, managers, officers, partners, representatives, shareholders, attorneys, independent contractors, subcontractors, employees, insurers, underwriters, subrogates, assigns, companies, leasers, lessees, franchisees, and servants (hereinafter "RELEASEES"), who are or might be liable directly or vicariously in any way from any and all claims, actions, causes of action, demands, rights, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, liens, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, expenses, compensation, rights, attorney fees, costs, loss of services, expenses, compensation and damages whatsoever, whether common law, statutory or extra contractual, which the undersigned now has or which may hereafter accrue, in law or in equity, including all known and unknown, foreseen and unforeseen, developed and undeveloped damages and the consequences thereof, on account of or in any way growing out of, resulting or to result from certain damages and/or expenses alleged to have been sustained or incurred by LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS) in relation to a property loss occurring on

or around September 10, 2017 assigned as Claim No. 001-00-112810 and associated with Policy No. 00076789 (hereinafter referred to as the "Proceedings").

This Release specifically covers any and all claims for damages and/or expense as a result of the claim referred to above and any other damages and/or expense which could have been brought and asserted in these Proceedings, including but not limited to interest, attorney's fees, costs, and attorney liens.

Payment of the total settlement amount above and agreed-upon by the parties is conditioned upon the execution of this Release, and will be apportioned and made to the following persons and/or entities as interests appear:

- **EIGHT THOUSAND** dollars 00/100 ($8,000.00) made payable to LAURENCIO & ASSOCIATES LLC and Arnesen Webb, P.A.; apportioned for indemnity.

  And

- **THREE THOUSAND** dollars 00/100 ($3,000.00) made payable to LAURENCIO & ASSOCIATES LLC and Arnesen Webb, P.A.; apportioned for fees and costs.

The RELEASORS hereby agree to indemnify and hold harmless the RELEASEES from any and all claims and/or liens and/or subrogated interests herein for which these settlement funds are intended to cover, including any and all claims which may be asserted by third-party(ies) and/or assign(s), whether made in contract, law, equity, or otherwise.

As consideration and inducement for this compromise settlement, RELEASORS agree that they will not provide any information regarding the existence of, the terms or amount of this settlement and the "Confidentiality Agreement and Release" document, nor will they refer to, discuss, mention, convey or otherwise communicate orally or in writing, the names of the parties, to any publisher, representative of the media and/or journal or periodical, or to any other person, natural or otherwise. RELEASORS

acknowledge that this requirement of confidentiality is a material term of the settlement of this litigation and that any failure to fully and completely comply with the confidentiality requirement may render the settlement and this agreement voidable by RELEASEES.  RELEASORS shall instruct their legal counsel that they, their agents, servants or employees shall not reveal any information regarding the existence of, or the terms and amount of this settlement and the General Release document to anyone and/or disclose this settlement unless ordered to do so by a court of law.

Disclosure to professional organization without identification of the parties or their insurance carriers will not be considered a breach of this agreement.

The RELEASORS hereby represent, promise, agree, guarantee and warrant that they will abide by and perform in strict compliance with the CONFIDENTIALITY requirements of the agreement.

This Release is executed by the parties hereto for the sole purpose of settling the matters involved in this dispute, and it is expressly understood and agreed, as a condition thereof, that this agreement, negotiations leading up to this agreement, and all related matters shall not constitute, nor be construed to be an admission on the part of RELEASEES, or as evidencing or indicating in any degree, an admission of the truth or correctness of any claims asserted.

**[SIGNATURE PAGE FOLLOWS ON NEXT PAGE]**

[INTENTIONALLY LEFT BLANK]

**ON BEHALF OF *LAURENCIO & ASSOCIATES LLC (A/A/O DANIA YARRUHS),* I HAVE READ THIS AGREEMENT AND AGREE TO THE TERMS AND CONDITIONS STATED HEREIN.**

SIGNATURE: _____

On Behalf of LAURENCIO & ASSOCIATES LLC

PRINT NAME: _____

Authorized Representative

STATE OF  _____  )

                                              ) ss

COUNTY OF _____  )

BEFORE ME, the undersigned authority, this day, personally appeared, _____ who presented _____ as identification or who is known to me to be the person described in and who executed the foregoing SETTLEMENT AGREEMENT AND GENERAL RELEASE, and who acknowledged to me that he/she executed it as his/her own free act and deed on this _____ day of _____, 2019.

_____

Notary Public, State of Florida

(SEAL)

# EXHIBIT "D"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| | ) |
| In re | ) Chapter 7 |
| DANIA CARIDAD YARRUHS | ) |
|   Debtor | ) Case No.: 20-18364-RAM |
| | ) |
| | ) BANKRUPTCY JUDGE |
| | ) HONORABLE ROBERT A. MARK |

## ORDER ON CITIZENS PROPERTY INSURANCE CORPORATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

      This cause came on for consideration by negative notice pursuant to Citizens Property Insurance Corporation's Motion for Relief from Automatic Stay filed with Negative Notice on September 29, 2020 by Citizens Property Insurance Corporation. The Movant by submitting this form of order represents that the motion was served on all parties required by Local Rule 4001-1; that the 14-day response time provided by the rule has expired and that no one has filed, or served on the Movant a response to the motion therefore the Court having considered said

Motion finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing. Therefore, it is:

**Ordered:**

1. Citizens Property Insurance Corporation's Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted.

3. This order lifting the automatic stay is entered for the sole purpose of allowing the Movant to pursue its claim for Attorney's Fees and Taxable Costs against Laurencio & Associates, LLC in Case Number 2018-026646-CA-01 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, the Movant shall neither seek nor obtain a judgment against the Debt, Dania Caridad Yarruhs.

**Attorney, Kevin Sellar, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F)**

**<u>Submitted by:</u>**
Kevin Sellar, Esq.
Kelley Kronenberg
Attorney for Citizens Property Insurance Corporation
1475 Centrepark Boulevard
Suite 275
West Palm Beach, FL  33401
Telephone: (561) 684-5956
Facsimile:  (561) 684-5753
ksellar@kelleykronenberg.com